**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANDREW N. WOODS,

              Plaintiff,

vs.                                           Case No.  8:04-cv-402-T-17MSS

CHASE BANKCARD SERVICES, INC.,

              Defendant.

_____/

## ORDER

      **THIS MATTER** comes before the Court on consideration of the parties' Joint Stipulation and Order of Confidentiality (hereinafter the "Confidentiality Stipulation") (Dkt. 34), which the Court construes as a Motion for Protective Order.  The Court finds good cause to enter a Protective Order pursuant to the parties' Confidentiality Stipulation.  <u>See</u> Fed. R. Civ. P. 26(c), 29.  Nothing in the parties' Confidentiality Stipulation shall preclude any party from filing any confidential discovery material with the Clerk of the Court or at trial as such restrictions are within the province of the District Court and are subject to greater scrutiny.  <u>See</u> <u>In re Alexander Grant & Co.</u>, 820 F.2d 352, 355 (11th Cir. 1987), <u>aff'g</u> 629 F. Supp. 593, 597 (S.D. Fla. 1986).  Furthermore, despite any language to the contrary  in the Confidentiality Stipulation, leave of court must be obtained before a party may file a discovery document under seal.  Additionally, the parties are advised that "[t]he designation of a document as confidential [under the stipulated "umbrella" order] may be viewed as equivalent to a motion for protective order and subject to the sanctions of Fed. R. Civ. P. 26(g)." <u>See</u> <u>Cipollone v. Ligget Group, Inc.</u>, 785 F.2d 1108, 1122 n.17 (citation omitted), <u>cert. denied</u>, 484

U.S. 976 (1987).  Finally, nothing in the Confidentiality Stipulation shall shift the burden of proof as to the confidentiality of the documents or the opposing party's entitlement to them.

Accordingly, subject to the foregoing, the Court **APPROVES** and **ENTERS** the parties' Confidentiality Stipulation (Dkt. 34).

**DONE** and **ORDERED** in Tampa, Florida this 28th day of April 2005.

Copies to:

Counsel of Record

MARY S. SCRIVEN
United States Magistrate Judge