UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW N. WOODS,

    Plaintiff,

vs.                                    Case No. 8:04-cv-402-T-17MSS

CHASE BANKCARD SERVICES, INC.,

    Defendant.
_____/

## ORDER

**THIS COMES** on for consideration of Defendant, Chase Bankcard Services, Inc.'s Motion to Compel (Dkt. 36); Plaintiff, Andrew N. Wood's Motion to Compel (Dkt. 37) and Defendant's Motion in Opposition thereto (Dkt. 38); and, Defendant's Motion for Protective Order (Dkt. 39).

As a preliminary matter, Defendant's Motion for Protective Order (Dkt. 39) seeking protection from depositions scheduled for August 31, 2005, is **DENIED as MOOT**.

Defendant's Motion to Compel (Dkt. 36) is **GRANTED**. Not only has Plaintiff failed to respond in a timely fashion to Defendant's First Set of Interrogatories and First Request for Production of Documents (or asked the Court for an extension of time to do so), but Plaintiff also failed to file a Memorandum in Opposition to Defendant's Motion to Compel. Accordingly, Plaintiff shall respond within ten (10) days from the date of this Order to Defendant's First Set of Interrogatories and Defendant's First Request for Production of Documents.

Finally, Plaintiff's Motion to Compel (Dkt. 37) is **DENIED WITHOUT PREJUDICE** for failure to adhere to Local Rule 3.01(g), as well as Fed. R.Civ.P. 33, 34 and 37, or in the alternative,

1

for failure to adhere to Local Rule 3.04(a). It is unclear from Plaintiff's Motion to Compel whether Plaintiff is seeking information that is separate and apart from the information sought in Plaintiff's March 21, 2005, letter or whether Plaintiff's Motion to Compel seeks additional information and documents responsive to the March 21, 2005, letter. In either case, Plaintiff's filing is procedurally deficient and will not be addressed by the Court until it adheres to the applicable rules cited above.

DONE and ORDERED in Tampa, Florida on this 25th day of October 2005.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Unrepresented Parties