UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANDREW N. WOODS,**

    **Plaintiff,**

vs.                                                                         Case No. 8:04-cv-402-T-17MSS

**CHASE BANKCARD SERVICES, INC.,**

    **Defendant.**
_____/

## ORDER

**THIS COMES** on for consideration of Defendant, Chase Bankcard Services, Inc.'s Motion for Sanctions (Dkt. 41). Defendant asks the Court to impose sanctions against Plaintiff for his failure to respond to this Court's Order dated October 25, 2005, directing Plaintiff to respond to Defendant's First Set of Interrogatories and Defendant's First Request for Production of Documents (Dkt. 40). Discovery closed in this case on November 30, 2005. To date with the sole exception of filing a Motion to Compel (Dkt. 37), which was denied, Plaintiff has failed to participate in the discovery process. This failure to participate exists despite a Court Order directing Plaintiff to respond. Plaintiff has also failed to offer any response to Defendant's Motion for Sanctions (Dkt. 41) or any other motions filed to date.

Accordingly, upon review of Defendant's Motion for Sanctions (Dkt. 41) and taking into consideration Plaintiff's repeated failures to participate in the discovery process, comply with a Court Order and failure to respond at all to Defendant's Motions, this Court **ORDERS** that:

    1.    Defendant's Motion for Sanctions (Dkt. 41) is **GRANTED**. Defendant is awarded

      the attorney's fees and costs associated with the bringing of this Motion; and,

2.      Plaintiff has until Monday, January 16, 2006, to show cause why this action should not be dismissed for Plaintiff's failure to prosecute and failure to respond to the Court's Order dated October 25, 2005 (Dkt. 40).

This is the second time that Plaintiff has been ordered to show cause since he filed his complaint in Federal Court (Dkt. 28). Plaintiff should note that failure to respond to this Order may result in Plaintiff's case being dismissed without further notice to Plaintiff.

**DONE and ORDERED** in Tampa, Florida on this 5th day of January 2006.

_____
MARY S. SCRIVEN
United States Magistrate Judge

Copies to:

Counsel of Record
Unrepresented Parties